**LAW OFFICE OF MARTIN STANLEY**
Martin Louis Stanley, Esq. [State Bar No. 102413]
Jeffrey Robbin Lamb, Esq. [State Bar No. 257648]
137 Bay Street Unit #2
Santa Monica, CA 90405
Telephone: (310) 399 - 2555
Facsimile: (310) 399 - 1190

Attorney for PLAINTIFF VALERIE ALLEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ALLEN, an individual,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; OFFICER N. PHAN, OFFICER BRENT HOULIHAN, OFFICER J. BEZAK, and DOES 1 though 100, inclusive,<br><br>        Defendants. | Case No.:  2:10-CV-4695 CAS (RCx)<br><br>**SECOND AMENDED JUDGMENT ON SPECIAL VERDICT** |

    This action came on regularly for trial on September 18, 2012, in Courtroom 5 of the United States District Court, the Honorable Christina A. Snyder Judge presiding. Plaintiff was represented by Martin Stanley and Gilbert Geilim, and defendant was represented by Richard Arias, Deputy City Attorney for the City of Los Angeles.

    A jury of 8 persons was impaneled and sworn.  After hearing the evidence and arguments of counsel, and after the jury was instructed by the Court, the claims were submitted to the jury with instructions to return a special verdict, with the punitive damage phase, if any, bifurcated.  The jury deliberated and thereafter returned into Court

with its special verdict consisting of questions submitted to the jury and the answers given thereto by the jury, which said verdict was in words and figures as follows, to wit:

"WE, THE JURY, in the above action, unanimously find the following Special Verdict on the following questions submitted to us:

**QUESTION NO. 1**

Do you find by a preponderance of the evidence that defendants used excessive force against plaintiff Valerie Allen:

| | | |
|---|---|---|
| Joseph Bezak | Yes  X | No |
| Nam H. Phan | Yes | No  X |
| Brent Houlihan | Yes  X | No |

**QUESTION NO. 2**

Do you find by a preponderance of the evidence that defendants acted negligently and that their negligence was a substantial factor in causing plaintiff Valerie Allen's injuries:

| | | |
|---|---|---|
| Joseph Bezak | Yes | No  X |
| Nam H. Phan | Yes | No  X |
| Brent Houlihan | Yes  X | No |

**If you answered Yes to Question 2 for any of the officers, please proceed to Questions 3 and 4.**

**If you answered Yes to Questions 1 for any of the officers and No to Questions 2 for all of the officers, please proceed to Question 6.**

**If you answered No to Questions 1 and 2 as to all defendants, please do not answer any of the remaining questions and sign and date the jury form.**

**QUESTION NO. 3**

Do you find by a preponderance of the evidence that plaintiff Valerie Allen acted negligently and that her negligence was a substantial factor in causing her injury:

    Yes  X              No

**Please proceed with Question 4 on the next page.**

**QUESTION NO. 4**

    Do you find by a preponderance of the evidence that plaintiff's Orthopedist, Dr. Mashoof, acted negligently in performing surgery on plaintiff Valerie Allen and that such negligence was substantial factor in causing her injury:

    Yes        No  X

**If you answered Yes to Question 3 and/or 4, please answer Question 5.**

**QUESTION NO. 5**

    What percentage of responsibility for plaintiff Valerie Allen's injuries do you assign to:

| | |
|---|---|
| Joseph Bezak | 0% |
| Nam H. Phan | 3% |
| Brent Houlihan | 90% |
| Valerie Allen | 7% |
| Dr. Mashoof | 0% |

**If you answered Yes to Question 1 and/or Question 2, please answer Question 6.**

**QUESTION NO. 6**

    What is the amount of damages, if any, that plaintiff Valerie Allen incurred as a result of defendant(s) conduct.

| | |
|---|---|
| Economic Damages: | $200,000.00 |
| Noneconomic Damages: | $3,000,000.00 |

**If you answered Yes to Question 1, please answer Question 7.**

**QUESTION NO. 7**

    If you find that Officers Bezak, Phan, and/or Houlihan used excessive force against Plaintiff Valerie Allen, were the officer(s) conduct malicious, oppressive, or in reckless disregard of plaintiff Valerie Allen's constitutional rights?

| | | | |
|---|---|---|---|
| Joseph Bezak | Yes X | No | |
| Nam H. Phan | Yes | No X | |
| Brent Houlihan | Yes X | No | |

Dated: September 27, 2012

/s/ _____
FOREPERSON

THEREAFTER, as a result of the findings on Question no. 7, a punitive damage phase was held, with special verdict as follows:

**"SPECIAL VERDICT FORM: PHASE II**

WE, THE JURY, in the above action, unanimously find the following Special Verdict on the following questions submitted to us:

**QUESTION NO. 1**

What amount of punitive damages, if any, do you award against the defendant(s)?

| | |
|---|---|
| Joseph Bezak | $1,000.00 |
| Brent Houlihan | $17,500.00 |

Dated: September 28, 2012

/s/ _____
FOREPERSON

WHEREFORE, and by virtue of the law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff Valerie Allen shall recover $3,200,000.00 as against Defendants Joseph Bezak and Brent Houlihan, together with costs in the amount of $20,036.41, and attorneys fees in the amount of $522,120.88, jointly and severally, and further that Plaintiff Valerie Allen shall recover an additional $1,000.00 as against Defendant Joseph Bezak, and further that Plaintiff Valerie Allen shall recover an additional $17,500.00 against Defendant Brent Houlihan, and interest thereon at the legal rate.  By reason of Calif. Gov. Code § 815.2(a), the City of Los Angeles shall be jointly and severly liable for $2,969,072.16 of this judgment.

DATED: January 31, 2013

*Christine A. Snyder*

_____
UNITED STATES DISTRICT COURT JUDGE

PREPARED BY:

/S/ MARTIN STANLEY
_____
MARTIN STANLEY
Attorney for Plaintiff
Valerie Allen